John W. ROBERTS and Ronald A. Jaeger, Appellants,

v.

Francis E. BROOKS and Sarah A. Brooks, Appellees.

No. 5616.

Supreme Court of Alaska.

March 25, 1983.

Arthur L. Robson, Fairbanks, for appellants.

Barry Donnellan, Fairbanks, for appellees.

Before BURKE, C.J., and RABINOWITZ, CONNOR, MATTHEWS and COMPTON, JJ.

OPINION

PER CURIAM.

The superior court's order following our remand renders moot the issues raised by the appellants in *Roberts v. Brooks,* 649 P.2d 710 (Alaska 1982). This appeal, therefore, is dismissed.